UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| WILLIAM THOMPSON, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | CAUSE NO.: 3:10-CV-124-TLS |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on the Report and Recommendation [ECF No. 28] of United States Magistrate Judge Christopher A. Nuechterlein, which was filed on March 18, 2011. In his Report and Recommendation, Judge Nuechterlein recommends that the Plaintiff's request for remand be denied because the Administrative Law Judge's (ALJ) determination, which became the final decision of the Commissioner of Social Security, is supported by substantial evidence.

This Court's review of a magistrate judge's report and recommendation is governed by 28 U.S.C. § 636(b)(1), which provides in part:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate. The judge may also receive further evidence or recommit the matter to the magistrate with instructions.

The statute permits objections to the magistrate judge's report and recommendations to be made within fourteen days of service of a copy of the report. *Id.*; *see also* Fed. R. Civ. P. 72(b) (setting forth procedures for objecting to a magistrate judge's report and recommendation and the district court's resolution of any objections).

As of the date of this Order, no objection to the Report and Recommendation has been filed, and the time for making objections has now passed. Having reviewed the Report and Recommendation prepared by Judge Nuechterlein, the Court ADOPTS the Report and Recommendation [ECF No. 28] and ACCEPTS the recommended disposition.[1] The Commissioner's decision is AFFIRMED. The Clerk of this Court is DIRECTED to ENTER JUDGMENT in favor of the Defendant and against the Plaintiff.

SO ORDERED on April 19, 2011.

 s/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT
FORT WAYNE DIVISION

---

[1] The Court adopts the Report and Recommendation in its entirety except for a clerical error on page five of the Report and Recommendation that states "(whatever VE testified at the hearing)." (ECF No. 28 at 5.) Given the clarification on page eight of the Report and Recommendation that "the record does not include Gladden's testimony," the testimony of the vocational expert, the clerical error on page five is not material and does not necessitate referring the matter back to Judge Nuechterlein for reconsideration or revision. (*Id.* at 8.)